**Fred R. Roberts, Administrator, Appellee, v. Chicago, Milwaukee & St. Paul Railway Company, Appellant.**

**Gen. No. 18,948.   (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed with finding of fact. Opinion filed June 24, 1914.

### Statement of the Case.

Action by Fred R. Roberts, administrator of the estate of Emil E. Waegner, deceased, against Chicago,

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Milwaukee & St. Paul Railway Company to recover for the death of plaintiff's intestate alleged to have been caused by the negligent operation of defendant's trains. Deceased had purchased a ticket and was at the railway station waiting to take an eastbound train. The railway tracks ran east and west and the station was on the north side of the tracks. The track next to the station was a westbound track and the track across from the depot was the eastbound track. The deceased and other passengers believing that their train was approaching started to cross the tracks and the deceased was struck by an approaching freight train. From a judgment for plaintiff, defendant appeals.

O. W. DYNES and WILLIAM SHERMAN HAY, for appellant.

HOGAN & HOGAN and JOHN H. LALLY, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 421*—*when person at depot negligent in crossing tracks in front of approaching train.* In an action against a railroad company to recover for the death of a person by being struck by a train while he was attempting to cross the tracks at the station to take a train *held* that a judgment for plaintiff could not be sustained for the reason that the death of deceased was due to his own negligence, it appearing that the approaching engine was in plain sight and that he did not heed the warning of other passengers that he must hurry to cross the tracks.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.